UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEANDRE CORNELL GRAYSON,

      Plaintiff,

v.

ANGIR SISCO, *et al.*,

      Defendants.

_____/

Case No. 23-10847

F. Kay Behm
United States District Judge

Elizabeth A. Stafford
United States Magistrate Judge

**OPINION AND ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S
MAY 31, 2023 REPORT AND RECOMMENDATION (ECF No. 12)
and TRANSFERRING THIS MATTER TO THE UNITED STATES DISTRICT
<u>COURT FOR THE WESTERN DISTRICT OF MICHIGAN</u>**

Currently before the Court is Magistrate Judge Elizabeth A. Stafford's May 31, 2023 Report and Recommendation. (ECF No. 12). Magistrate Judge Stafford recommends granting the motion to transfer this matter to the District Court for the Western District of Michigan. The court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The Court nevertheless agrees with the Magistrate Judge's recommended disposition.

Therefore, the court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and

Recommendation (ECF No. 12) and **GRANTS** the motion to transfer this matter to

the Western District of Michigan.

       **SO ORDERED**.

Date: June 21, 2023           s/F. Kay Behm
                                       F. Kay Behm
                                       United States District Judge